UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 18-cv-20119-KING

ANDREEAS FARKAS,

      Plaintiff,

v.

CG RYC, LLC, CG MIAMI RIVER LLC,
FOOD AND LEVERAGE, LLC,
STEPHANE DUPOUX, and
MEYER CHETRIT,

      Defendants.
_____/

## ORDER ON UNOPPOSED MOTION TO WITHDRAW
## AS COUNSEL OF RECORD FOR PLAINTIFF

THIS CAUSE came before the Court upon the Law Firm Zarco, Einhorn, Salkowski & Brito, PA's Motion to Withdraw as Counsel of Record for Plaintiff. After careful consideration, it is ORDERED AND ADJUDGED that:

1.     The Motion is GRANTED. The Law Firm of Zarco, Einhorn, Salkowski & Brito, P.A., Robert Zarco, Esq., Margaret Lai, Esq., and Beshoy Rizk, Esq. are hereby permitted to withdraw as attorneys for Plaintiff and shall have no further obligations or responsibilities in this matter.

2.     Defendants shall serve all future filing and Court orders on Plaintiff at the following address: 1508 Bay Road, apt 1149, Miami Beach, FL 33139.

DONE AND ORDERED in Chambers at Miami, Florida this 4th day of May, 2018.

                                                            UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record